

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

April 28, 1939

Hon. N. Basford, Chief Clerk
Casualty Insurance Division
Board of Insurance Commissioners
Austin, Texas

Dear Sir:

> Opinion No. 0-613
> Re: Title company does not violate provisions of Article 1302a, R.C.S., as amended, in making search and title examination on individual lots and closing deals, if application for title policy is not placed with company until all property in the designated area has been acquired.

Your inquiry of the 6th instant is received, and we answer that if the application for title policy is not placed with the title company until all property in the designated area has been acquired by the Housing Authority, the title company does not violate Section 21 of Article 1302a in making rates based on the total purchase price plus $10 for each additional chain of title.

The statute gives to the Insurance Commissioners the right to prescribe rules and regulations, and the Commissioners have adopted the following:

> "In the event more than one chain of title is involved in the issuance of any policy, the company shall charge $10.00 for each such additional chain of title.
> "For the purpose of applying this schedule, contiguous parcels of land shall be treated as one search, provided the title is, at the time application is made, vested in one owner, regardless of the fact that such owner may have purchased said parcels from different sources."

Yours very truly

ATTORNEY GENERAL OF TEXAS

By A. S. Rollins

ASR:PBP

APPROVED: